McCORRISTON MILLER MUKAI MacKINNON LLP

ROBERT G. KLEIN  #1192-0
klein@m4law.com
JORDON J. KIMURA  #9182-0
kimura@m4law.com
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i  96813
Tel. No.: (808) 529-7300
Fax No.: (808) 524-8293

COOLEY LLP

MATTHEW D. BROWN  #196972-California Bar Number
brownmd@cooley.com
JEFFREY M. GUTKIN  #216083-California Bar Number
jgutkin@cooley.com
101 California Street, 5th Floor
San Francisco, California  94111-5800
Tel. No.: (415) 693-2000
Fax No.: (415) 693-2222

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CYNTHIA D. QUINN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.; DOES 1 THROUGH 10, | Case No. CV-11-00623 KSC<br><br>FURTHER DECLARATION OF JEFFREY M. GUTKIN IN SUPPORT OF DEFENDANT'S *EX PARTE* APPLICATION FOR MATTHEW D. BROWN AND JEFFREY M. GUTKIN TO APPEAR *PRO HAC VICE*, FILED NOVEMBER 9, 2011; CERTIFICATE OF SERVICE |

258482.1

| Defendants. | NO TRIAL DATE SET |

### FURTHER DECLARATION OF JEFFREY M. GUTKIN IN SUPPORT OF DEFENDANT'S *EX PARTE* APPLICATION FOR MATTHEW D. BROWN AND JEFFREY M. GUTKIN TO APPEAR *PRO HAC VICE*, FILED NOVEMBER 9, 2011

Pursuant to the Court's request, JEFFREY M. GUTKIN hereby submits the following as his further declaration in support of Defendant's *Ex Parte* Application for Matthew D. Brown and Jeffrey M. Gutkin to Appear *Pro Hac Vice*, filed November 9, 2011:

1. I have been admitted to practice in the following courts on the dates noted:

| Court | Date of Admission |
|---|---|
| All State Courts in the State of California | Dec. 3, 2001 |
| United States District Court – Northern District of California | July 30, 2002 |
| United States District Court – Central District of California | Mar. 12, 2007 |
| United States District Court – Eastern District of California | Apr. 14, 2010 |
| United States District Court – Southern District of California | Apr. 7, 2010 |
| United States District Court – District of Colorado | May 3, 2010 |
| United States District Court – Northern District of Georgia | Apr. 28, 2010 |
| First Circuit Court of Appeals | Sept. 11, 2008 |
| Ninth Circuit Court of Appeals | Aug. 26, 2011 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of November, 2011, in San Francisco, California.

*/s/ JEFFREY M. GUTKIN*

JEFFREY M. GUTKIN

258482.1